# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| USACM LIQUIDATING TRUST, | Bankruptcy No. BK-S-06-10725-lbr |
| Plaintiff | Adversary No. 08-01125-lbr |
| v. | CASE No. 2:09-cv-01947-RCJ-PAL |
| ANTHONY MONACO, SUSAN MONACO, AND MONACO DIVERSIFIED CORPORATION, | **AGREED JUDGMENT** |
| Defendants. | |

On this day, the Court has reviewed the Parties' Settlement Agreement regarding the judgment set forth below. Based upon the Settlement Agreement, the Court is of the opinion that this request should be GRANTED. Accordingly, it is ORDERED, DECREED, and ADJUDGED that:

1.  The USACM Trust shall recover from Defendants Anthony Monaco, Susan K. Monaco, and Monaco Diversified Corporation; jointly and severally the total sum of $5,500,000.00.

2.  The USACM Trust shall recover from Defendants Anthony Monaco, Susan K. Monaco, and Monaco Diversified Corporation; jointly and severally post-judgment interest at the maximum rate allowed by law.

MAY-19-2010 14:14 FROM:EMPIRE MEDIA MARKETI 9512455885          TO:17023821759          P.3

3.   This is a final judgment that disposes of all remaining claims and causes of action in this adversary proceeding. The remaining cause of action is for unjust enrichment. Accordingly, the Court directs entry of judgment as to the parties and claims covered hereby.

4.   This Court shall retain jurisdiction of this case for any post-judgment discovery of enforcement proceedings in accordance with applicable law.

DATED this __19__ day of __May__, 2010.

**STIPULATED AND AGREED:**

**HAROLD P. GEWERTER ESQ. LTD.**

By:  _____
Harold P. Gewerter
HAROLD P. GEWERTER ESQ. LTD.
2705 Airport Drive
North Las Vegas, Nevada 89032

*Counsel for Anthony Monaco, Susan K. Monaco, and Monaco Diversified Corporation.*

DATED:_____        **ANTHONY MONACO**

By:_____

Anthony Monaco

DATED: 5-18-10              **SUSAN K. MONACO**

By:_____

Susan K. Monaco

3. This is a final judgment that disposes of all remaining claims and causes of action in this adversary proceeding. The remaining cause of action is for unjust enrichment. Accordingly, the Court directs entry of judgment as to the parties and claims covered hereby.

4. This Court shall retain jurisdiction of this case for any post-judgment discovery of enforcement proceedings in accordance with applicable law.

DATED this _____ day of _____, 2010.

**STIPULATED AND AGREED:**

**HAROLD P. GEWERTER ESQ. LTD.**

By: _____
Harold P. Gewerter
HAROLD P. GEWERTER ESQ. LTD.
2705 Airport Drive
North Las Vegas, Nevada 89032

*Counsel for Anthony Monaco, Susan K. Monaco, and Monaco Diversified Corporation.*

DATED: 5-14-2010            **ANTHONY MONACO**

                            By: _____
                                Anthony Monaco

DATED: _____  **SUSAN K. MONACO**

                            By: _____
                                Susan K. Monaco

DATED: 5-14-2010            **MONACO DIVERSIFIED CORPORATION**

                            By: _____

| | |
|---|---|
| **DIAMOND MCCARTHY LLP** | **LEWIS AND ROCA LLP** |
| By: _/s/ Allan B. Diamond_<br>Allan B. Diamond, TX 05801800 (pro hac vice)<br>Michael J. Yoder, TX 24056572 (pro hac vice)<br>909 Fannin, Suite 1500<br>Houston, Texas 77010<br>(713) 333-5100 (telephone)<br>(713) 333-5199 (facsimile) | By: _/s/ Rob Charles_<br>Rob Charles, NV 6593<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169-5996<br>(702) 949-8320 (telephone)<br>(702) 949-8321 (facsimile) |
| *Special Counsel for USACM Liquidating Trust* | *Counsel for USACM Liquidating Trust* |

ORDER
IT IS SO ORDERED.
DATED: This 23rd day of June, 2010.

_____
Robert C. Jones
United States District Judge